UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSFER OF CASES FROM MAGISTRATE JUDGE DANIEL E. BUTCHER TO MAGISTRATE JUDGE DAVID D. LESHNER | **TRANSFER ORDER** |

**IT IS HEREBY ORDERED** that the following listed cases are transferred from the calendar of the Honorable Daniel E. Butcher to the calendar of the Honorable David D. Leshner for all further proceedings. All conferences or hearing dates previously set before Judge Butcher will remain on calendar as scheduled but will be set before Judge Leshner. All dates set before any district judge in the transferred cases will remain unchanged.

| Case No. | Case Title |
|---|---|
| 22-cv-1086-BAS-DEB | *Pontus Mag Vallejo, LLC v. West American Insurance Company et al.* |
| 22-cv-1062-AJB-DEB | *Leiva Castro et al. v. BAE Systems, Inc. et al.* |
| 20-cv-1082-LL-DEB | *Tan v. Quick Box, LLC et al.* |
| 18-cv-02615-JO-DEB | *Kelly v. City of Poway* |
| 21-cv-00611-JO-DEB | *Kelly v. City of Poway* |
| 22-cv-1118-LL-DEB | *Pacific Vibrations, LLC v. Slow Gold Limited et al.* |

| | | |
|---|---|---|
| 1 | 21-cv-1458-JLS-DEB | *Gastelum v. Pinnacle Hotel Circle LP* |
| 2 | 21-cv-1141-LAB-DEB | *3D Systems, Inc. v. Wynne et al.* |
| 3 | 21-cv-2101-AJB-DEB | *Ashirwad et al. v. Charter Communications, LLC et al.* |
| 4 | 20-cv-765-GPC-DEB | *Travelers Indemnity Company of Connecticut v. Newlin et al.* |
| 6 | 22-cv-541-CAB-DEB | *Tirgari v. Kazemipour et al.* |
| 7 | 21-cv-2137-MMA-DEB | *Kimera Labs Inc v. Jayashankar et al.* |
| 8 | 21-cv-1389-JO-DEB | *Gastelum v. HEES II* |

**IT IS SO ORDERED.**

Dated:  August 16, 2022

_____

Honorable Daniel E. Butcher
United States Magistrate Judge