# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMERA LABS INC., <br><br> Plaintiff, <br><br> v. <br><br> RAJ JAYASHANKAR et al., <br><br> Defendants. | Case No. 21-cv-2137-MMA (DEB) <br><br> **ORDER GRANTING MOTION TO SEAL** <br><br> [Doc. No. 58] |

Plaintiff Plaintiff Kimera Labs Inc. ("Plaintiff") brings this action against Raj Jayashankar, Exocel Bio Inc., Alejandro Contreras, Deb Hubers, and Craig Evan Winkels (collectively, "Defendants") asserting, generally, that Defendants misappropriated its trade secrets in violation of 18 U.S.C. § 1836 *et seq.* *See* Doc. No. 31. Plaintiff now wishes to file an emergency motion for temporary restraining order, *see* Doc. No. 59, under seal, *see* Doc. No. 58.

The strong presumption in favor of public access to court records, *Phillips v. Gen. Motors Corp.*, 307 F.3d 1206, 1210 (9th Cir. 2002), may be rebutted by a showing of good cause to seal records attached to nondispositive motions, *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). Having reviewed Plaintiff's

motion to seal, good cause appearing, the Court **GRANTS** the motion and **DIRECTS** the Clerk of Court to file Plaintiff's motion (Doc. No. 59) **under seal**.

      **IT IS SO ORDERED**.

Dated:  February 22, 2023

*[signature]*

HON. MICHAEL M. ANELLO
United States District Judge