UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMERA LABS INC., <br><br> Plaintiff, <br><br> v. <br><br> RAJ JAYASHANKAR, et al., <br><br> Defendants. | Case No. 21-cv-2137-MMA (DEB) <br><br> **ORDER GRANTING MOTION TO SEAL** <br><br> [Doc. No. 70] |

Plaintiff Kimera Labs Inc. ("Plaintiff") brings this action against Raj Jayashankar, Exocel Bio Inc., Alejandro Contreras, and Deb Hubers (collectively, "Defendants") asserting, generally, that Defendants misappropriated its trade secrets in violation of Florida law and 18 U.S.C. § 1836 *et seq*. *See* Doc. No. 51. On February 21, 2023, Plaintiff filed a motion to file under seal an emergency motion for temporary restraining order ("TRO"). *See* Doc. Nos. 58, 59. On February 22, 2023, Defendants filed a motion to convert Plaintiff's emergency motion for TRO to a motion for preliminary injunction. Doc. No. 63. On the same date, the Court granted Plaintiff's motion to file under seal and Defendants' motion, and converted Plaintiff's emergency motion for TRO to a

1  motion for preliminary injunction.  *See* Doc. Nos. 61, 69.  Plaintiff now wishes to file a
2  supplemental declaration in support of its motion for preliminary injunction, *see* Doc. No.
3  71, under seal, *see* Doc. No. 70.
4  　　　The strong presumption in favor of public access to court records, *Phillips v. Gen.
5  Motors Corp.*, 307 F.3d 1206, 1210 (9th Cir. 2002), may be rebutted by a showing of
6  good cause to seal records attached to nondispositive motions, *Kamakana v. City and
7  Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006).  Having reviewed Plaintiff's
8  motion to seal, good cause appearing, the Court **GRANTS** the motion and **DIRECTS** the
9  Clerk of Court to file Plaintiff's supplemental declaration (Doc. No. 71) **under seal**.
10 　　　**IT IS SO ORDERED**.
11 Dated:  February 27, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. MICHAEL M. ANELLO
　　　　　　　　　　　　　　　　　　　　United States District Judge