UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMERA LABS INC.,<br><br>  Plaintiff,<br><br>v.<br><br>RAJ JAYASHANKAR, et al.,<br><br>  Defendants. | Case No. 21-cv-2137-MMA-DDL<br><br>**ORDER DENYING WITHOUT PREJUDICE COUNSEL'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR KIMERA LABS INC**<br><br>[Doc. No. 361] |

On November 30, 2024, Plaintiff Kimera Labs Inc.'s ("Plaintiff") attorneys Peter T. Mavrick, Esq., Jacob M. Resnick, Esq., Karen Lowell, Esq., and the Mavrick Law Firm (collectively, the "Mavrick Law Firm Attorneys") filed a motion to withdraw as counsel for Plaintiff. Doc No. 361.

"An attorney may not withdraw as counsel except by leave of court." *Darby v. City of Torrance*, 810 F. Supp. 275, 276 (C.D. Cal. 1992); *see also* CivLR 83.3(f)(3). The decision to grant or deny a motion for withdrawal is within the court's discretion, and courts consider the following factors: "(1) the reasons why withdrawal is sought; (2) the prejudice withdrawal may cause to other litigants; (3) the harm withdrawal might

cause to the administration of justice; and (4) the degree to which withdrawal will delay the resolution of the case." *Garrett v. Ruiz*, No. 11cv2540-IEG (WVG), 2013 U.S. Dist. LEXIS 8053, 2013 WL 163420, at *2 (S.D. Cal. Jan. 14, 2013).

Here, the Mavrick Law Firm Attorneys explain that Kimera has "made it unreasonably difficult for counsel to carry out their representation effectively," but do not otherwise support their request for withdrawal. Doc. No. 361 at 2. Consequently, the Court **DENIES** their motion without prejudice to renewal upon a sufficient showing of entitlement to the relief they seek. Namely, should the Mavrick Law Firm Attorneys renew their request, they must provide adequate factual support (without breaching the attorney-client privilege) in support of their request. Additionally, because the Mavrick Law Firm Attorneys suggest that withdrawal would render Plaintiff *pro se*, they must provide clarification on whether Olivia Retenauer, of Mavrick Law Firm, and Jon F. Cieslak, of Bona Law PC, also join in their request for withdrawal.

**IT IS SO ORDERED**.

Dated: December 2, 2024

HON. MICHAEL M. ANELLO
United States District Judge