UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMERA LABS INC., Plaintiff, v. RAJ JAYASHANKAR, et al., Defendants. | Case No.: 3:21-cv-02137-RBM-DDL **ORDER ON MOTIONS TO SEAL** [Docs. 518, 520, 526] |

On August 13, 2026, Plaintiff Kimera Labs Inc. filed a Motion to Seal seeking to file an unredacted version of its Memorandum of Contentions of Fact and Law under seal. (Doc. 518.) Plaintiff asserts the redacted portions contain trade secrets designated as confidential. (*Id.* at 2.) Similarly, on the same day, Defendants Exocel Bio Inc., Raj Jayashankar, Alejandro Contreras, and Deb Hubers ("Defendants") also filed a Motion to Seal (Doc. 520) seeking to file an unredacted version of their Memorandum of Contentions of Fact and Law under seal based on Plaintiff's "confidentiality designations and Kimera's contentions as to the scope of its alleged trade secrets." (*Id.* at 2.) On September 18, 2026, the parties filed a Joint Motion to Seal Proposed Pretrial Order seeking to file an unredacted version of the Proposed Pretrial Order under seal because it contains trade secrets materials designated as confidential. (Doc. 526.)

The parties have lodged unredacted versions of each filing that highlight the portions that are redacted from the public filings (Docs. 519, 521, 527) and also filed redacted public versions (Docs. 518-2, 522, 526-2–526-10). The Court **GRANTS** the motions to seal (Docs. 518, 520, 526) because preserving the confidentiality of Plaintiff's alleged trade secret is a sufficiently compelling reason to overcome the strong presumption in favor of access to court filings and the parties have narrowed their requests for seal to trade secrets materials. *Apple Inc. v. Psystar Corp.*, 658 F.3d 1150, 1162 (9th Cir. 2011) ("The publication of materials that could result in infringement upon trade secrets has long been considered a factor that would overcome [the] strong presumption" favoring access.).

**IT IS SO ORDERED.**

Dated: October 27, 2026

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE